1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

9
10
11
12
13
14
15

| | | |
|---|---|---|
| Gary L. Sepp and Patricia A. Sepp, | ) | No. CIV 05-0127-PHX-MHM |
| Plaintiffs, | ) | **ORDER** |
| vs. | ) | |
| United States of America, et al., | ) | |
| Defendants. | ) | |

16
17
18
19
20
21
22
23
24
25
26
27
28

Plaintiffs, proceeding pro se, have filed a motion for new trial or, in the alternative, motion to alter or amend the judgment. (Doc. 15). Plaintiffs contend that the Court erred in its Order granting Defendant's motion to dismiss the complaint.

A motion to alter or amend the judgment under Fed.R.Civ.P. 59(e) shall be filed no later than ten days after entry of the judgment. A Rule 59(e) motion may be granted (1) to correct manifest errors of law or fact upon which the judgment is based; (2) the moving party presents newly discovered or previously unavailable evidence; (3) as necessary to prevent manifest injustice; or (4) there is an intervening change in controlling law. Turner v. Burlington Northern Santa Fe Railroad Co., 338 F.3d 1058, 1063 (9th Cir. 2003). "A Rule 59(e) motion may not be used to raise arguments or present evidence for the first time when they could reasonably have been raised earlier in the litigation." Carroll v. Nakatani, 342 F.3d 934, 945 (9th Cir. 2003).

1    In their motion for new trial, or to alter or amend the judgment, Plaintiffs have set

2 forth the issues for reconsideration as follows, (1) whether the Director's Warrant for

3 Distraint was required for Revenue Officer Wedepohl to engage in administrative levy and

4 distraint; and (2) whether Revenue Officer Wedepohl was required to serve the Notice of

5 Seizure upon the possessor of Plaintiff's property after the property had been surrendered to

6 the Internal Revenue Service.  These were the same issues on which Plaintiffs presented

7 argument in support of their response opposing Defendant's motion to dismiss the complaint.

8 The Court fully considered Plaintiffs' arguments when it ruled on Defendant's motion to

9 dismiss the complaint. The Court has considered the arguments Plaintiffs have presented in

10 support of their Rule 59(e) motion to the extent that Plaintiffs have offered a more detailed

11 explanation of their contentions. Plaintiffs have not shown manifest error of law or fact in

12 the Court's Order.

13    **Accordingly,**

14    **IT IS ORDERED** that Plaintiffs' motion for new trial or, in the alternative, motion

15 to alter or amend the judgment (Doc. 15), is denied

16    DATED this 25th day of August, 2006.

Mary H. Murguia
United States District Judge

- 2 -